1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  Nadia M. Bishop (State Bar No. 182995)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA  94612-3572
4  Email:  jmwood@reedsmith.com
           cdavies@reedsmith.com
5          nbishop@reedsmith.com

6  **Mailing Address:**
   P.O. Box 2084
7  Oakland, CA  94604-2084

8  Telephone:    510.763.2000
   Facsimile:    510.273.8832
9
   Attorneys for Defendant
10 Eli Lilly and Company, a corporation

11                    UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13 RICK ALLDRIN, ET AL.,            No. C 06 1354 JSW
14              Plaintiffs,         Before the Honorable Jeffrey S. White
15 vs.                             [~~PROPOSED~~] ORDER VACATING
16                                 ~~AND/OR CONTINUING~~ CASE
   ELI LILLY AND COMPANY,          MANAGEMENT CONFERENCE
17
                Defendant.          Conference Date:  August 11, 2006
18                                  Conference Time:  1:30 p.m.
                                     Location:        Courtroom 2, 17th Fl., SF
19
20
21
22
23
24
25
26
27
28

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

~~[Proposed]~~ Order ~~Continuing~~ Case Management Conference
VACATING

1

2          For the reasons set forth in the Joint Case Management Conference Statement, the Court

              VACATES
3      hereby ~~continues~~ the August 11, 2006, Case Management Conference ("CMC") ~~to~~

4      ~~_____, at _____, by which time this case will likely have been transferred to~~

5      ~~the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation~~.  In

6      the event this case is not transferred to the MDL ~~far enough in advance of the new CMC date, the~~

7      parties shall file a Joint ~~CMC Statement at least 5 court days before the new CMC date.~~

8      request to put the matter back on this Court's calendar.

9

10         IT IS SO ORDERED

11

12         DATED: <u>August 7, 2006</u> .

13                                                    _____
                 The Honorable Jeffrey S. White

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order ~~Continuing~~ Case Management Conference
                                VACATING

REED SMITH LLP
A limited liability partnership formed in the State of Delaware